UNITED STATE DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| **TYRONE SWINTON** | AFFIDAVIT OF SERVICE<br>CASE # 08-CV-3874<br>Plaintiff |
| Vs |  |
| **THE CITY OF NEW YORK AND JOHN DOES 1-10** | Defendants |

County of KINGS, State of New York I, **Mahitima Baa** being duly sworn deposes and says Deponent is not a party herein, is over 18 years of age and resides in the county of KINGS

On **5/13/08 3:12 PM** at **100 CHURCH STREET 4TH FLR. NEW YORK NEW YORK 10003** Deponent served the within **SUMMONS AND COMPLAINT** on **THE CITY OF NEW YORK** by delivering a true copy to **AMANDA GONZALES** an authorized agent.

Deponent knew said Corporation so served to be the Corporation described and knew said individual to be the officer authorized to accept service on behalf of the Corporation.

A description of the person served is as follows:

Sex **FEMALE**
Skin **BLACK**
Color of Hair **BLACK**
Approx. Age **22-25**
Approx. Height **5'4"- 5'5"**
Approx. Wt **145-150 LBS**

Other identifying Features **NONE**

_____
MAHITIMA BAA

Sworn to before me on this
14TH day of MAY 2008

_____
NOTARY PUBLIC
PAUL SIMINOVSKY
Notary Public, State of New York
No 41 4811635
Qualified in Queens County
Commission Expires May 31, 20 09