UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------- X

TYRONE SWINTON                     :

               Plaintiff,         :   08 Civ. 3874 (WHP)

              -against-              :   SCHEDULING ORDER NO. 1

THE CITY OF NEW YORK et al.,       :

               Defendants.        :
------------------------------- X

WILLIAM H. PAULEY III, District Judge:

      The parties having appeared for a conference on August 15, 2008, the following schedule is established on consent:

1. All discovery shall be complete by December 31, 2008;

2. The parties shall submit a joint pre-trial order in accordance with this Court's individual practices by January 30, 2009; and

3. The Court will hold a final pre-trial conference on February 6, 2009 at 10:15 a.m.

Dated:    August 15, 2008
            New York, New York

                                      SO ORDERED:

                                      WILLIAM H. PAULEY III
                                          U.S.D.J.

*Counsel of Record*:

Nkereuwem Inyang Umoh, Esq.
Law Office of Uwem Umoh
255 Livingston Street
4th Floor
Brooklyn, NY 11217
*Counsel for Plaintiff*

Shawn David Fabian, Esq.
NYC Law Department,
Office of the Corporation Counsel
100 Church Street
New York, NY 10007
*Counsel for Defendants*